# Exhibit 5

No. 25-1211
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

FABRICIO FERREIRA GOMES, (Detained)
A078-553-522,

                               Petitioner-Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County House of Correction, *et al*.

                               Respondents-Appellees.
_____

NOTICE OF INTENT TO REMOVE
_____

Pursuant to First Circuit Local Rule 18.0(1), Respondents-Appellants hereby notify the Court that the Department of Homeland Security intends to execute Petitioner's final order of removal no earlier than April 22, 2025.

\\

\\

\\

\\

\\

\\

Dated: April 15, 2025	Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation –
General Litigation and Appeals Section

JOHN J. W. INKELES
Chief, Affirmative Litigation Unit
Office of Immigration Litigation –
General Litigation and Appeals Section

*s/ Aneesa Ahmed*
ANEESA AHMED
Trial Attorney
First Circuit Bar # 1203804
U.S. Department of Justice
Office of Immigration Litigation –
General Litigation and Appeals Section
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044-0878
(202) 451-7744
Aneesa.Ahmed@usdoj.gov

*Attorneys for Respondents-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I caused the foregoing document to be filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system.

Petitioner's counsel, Annelise Maia Jatoba de Araujo, is a registered CM/ECF user and will be served through the CM/ECF system.

*s/ Aneesa Ahmed*
ANEESA AHMED
U.S. Department of Justice
